Alyssa S. Gjedsted, Bar No. 284588
agjedsted@littler.com
Susie Keshishyan, Bar No. 320393
skeshishyan@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone:  213.443.4300
Facsimile:   800.715.1330

Attorneys For Defendant
TARGET CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRONICA ZAMORA,<br><br>         Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, and DOES 1 through 20, inclusive,<br><br>         Defendants. | Case No. 5:25−cv−01421 SSS (ACCVx)<br><br>**ORDER TO DISMISS WITH PREJUDICE**<br><br><br>Trial Date:                       11/2/2026<br>Notice of Removal Filed:   6/6/2025<br>SBSC Complaint Filed:     5/23/2025 |

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, California 90071
213.443.4300

4920-5079-3288.1 / 052067.1926

Based upon the foregoing stipulation of the Parties pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED, ADJUDGED, ANDS DECREED**, that this matter be dismissed in its entirety with prejudice, each party to bear its own attorneys' fees and costs.

All future hearings, and all related dates, are now vacated.

Dated: May 18, 2026

_____

HON. SUNSHINE S. SYKES
U.S. DISTRICT JUDGE

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, California 90071
213.443.4300

2    CASE NO. 5:25−cv−01421

ORDER TO DISMISS
WITH PREJUDICE

4920-5079-3288.1 / 052067.1926